UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                v.                Civil No. 05-mc-29-SM

<u>John P. Stacy</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 5, 2005, no objection having been filed.

SO ORDERED.

Date: October 31, 2005

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

cc:    Gretchen Leah Witt, AUSA
        John P. Stacy, pro se